O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>TERESA JONES, individually<br>and doing business as JONES<br>TRANSPORTATION; STEVEN<br>DERRICK JONES; J.B. HUNT<br>TRANSPORT SERVICE, INC.;<br>NEKIM ARAGON, individually<br>and dba ARAGON TRUCKING;<br>BRADCO TRANSPORTATION, INC.,<br><br>           Defendants.<br>_____ | Case No. CV 10-02334 DDP (FMOx)<br><br>**ORDER TO SHOW CAUSE REGARDING AMOUNT IN CONTROVERSY** |

It is not clear to the Court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the Court orders the Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. The parties are ordered to file cross-briefs, not to exceed ten pages, by no later than Friday, July 23, 2010, at two o'clock p.m. If a party does not file a brief, the Court will regard that party as not opposing dismissal of this matter.

Plaintiff is ordered to serve Defendants with a copy of this Order forthwith.

IT IS SO ORDERED.

Dated: July 12, 2010

DEAN D. PREGERSON
United States District Judge

2